IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE SANTOS HERNANDEZ, MAXIMINO ANGELES HIPOLITO and VICENTE MONTOYA, on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYSIDE INDUSTRIES, INC., <br><br> Defendant. | Case No. 13-cv-8099 <br><br> Judge St Eve |

**PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS AGAINST DEFENDANT**

Plaintiffs, through their attorneys, move this Court for a protective order barring Defendant from having further unsupervised settlement communications with putative class members and for sanctions against Defendant for failing to supplement its responses to Plaintiffs' discovery requests. In support of this Motion Plaintiffs submit their Memorandum of Law.

WHEREFORE, for the above stated reasons, Plaintiffs request that this motion be granted, and this Court issue:

1. Issue an Order barring Defendant from having further unsupervised settlement communications with putative class members; and

2. Issue an Order sanctioning Defendant for failing to supplement its Responses to Plaintiffs discovery in a reasonably timely manner.

Respectfully submitted,

Dated: January 9, 2015

s/Alvar Ayala

1

ALVAR AYALA
CHRISTOPHER J. WILLIAMS
Workers' Law Office, PC
401 S. LaSalle Street, Suite 1400
Chicago, Illinois 60605
(312) 795-9121

Attorneys for Plaintiffs